84 F.3d 1153
 PACIFIC TELESIS GROUP; Pacific Bell; Nevada Bell,
Plaintiffs-Appellants,
v.
UNITED STATES of America, et al.; Federal Communications
Commission; Janet Reno, Attorney General,
Defendants-Appellees,
and
California Cable Television Association, Intervenor-Appellee.
US WEST, INC.; US West Communications; US West Multimedia
Communications, Inc., Plaintiffs-Appellees,
and
Washington Independent Telephone Association; Pacific
Telecom, Inc. (PTI), and its Subsidiaries,
Plaintiffs-Intervenors-Appellees,
v.
UNITED STATES of America; Federal Communications
Commission; Janet Reno, Attorney General,
Defendants-Appellants.
 Nos. 94-16064, 94-35775.
 United States Court of Appeals,
Ninth Circuit.
 May 24, 1996.
 
 1
 On Remand from the United States Supreme Court.
 
 
 2
 Prior report: --- U.S. ----, 116 S.Ct. 1037, 134 L.Ed.2d 186.
 
 
 3
 Before: ALARCON and HALL, Circuit Judges, and KING,* District Judge.
 
 ORDER
 
 4
 The joint motion of the parties in case no. 94-16064, which was filed with the court on April 29, 1996, is GRANTED. This case is hereby remanded to the district court. The district court order of May 17, 1994, shall be vacated and the case dismissed as moot.
 
 
 5
 Case no. 94-35775 is hereby remanded to the district court. The district court shall vacate its order granting summary judgment and the case shall be dismissed as moot.
 
 
 
 *
 The Honorable Samuel P. King, Senior District Judge for the District of Hawaii, sitting by designation